UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19-cv-62263-RKA

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

DULUX AUTO SALES, INC., a Florida Profit Corporation, and 2401 PEMBROKE ROAD, LLC, a Florida Limited Liability Company,

    Defendant(s).
_____/

**PLAINTIFF'S MOTION TO RESCHEDULE STATUS CONFERENCE**

Plaintiff, HOWARD MICHAEL CAPLAN, by and through undersigned counsel, hereby files this Motion to Reschedule the Status Conference scheduled for September 27, 2019, at 10:00 a.m. and in support thereof states as follows:

1. On September 23, 2019, the Honorable Court issued an Order Setting a Status Conference for September 27, 2019, at 10:00 a.m. [DE 6]

2. The undersigned counsel is out of the country from September 23, 2019 to September 28, 2019 and therefore is not able to attend the Status Conference.

3. The undersigned apologizes for any inconvenience and respectfully requests that this Honorable Court reschedule the Status Conference.

4. This motion is made in good faith and not for dilatory reasons or an improper purpose.

5. No party shall be prejudiced by such continuance.

6. In compliance with Local Rule 7.1(A)(3), the undersigned certifies that he has conferred with the *pro se* Defendants, who are opposed to the rescheduling of the Status Conference.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to reschedule the Status Conference set for September 27, 2019 and any such further relief that the Court deems just and proper.

Respectfully submitted,

By: *Ronald E. Stern*
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.Suite 503
Hallandale Beach, Florida 33009
Telephone:   (954) 639-7016
Facsimile:   (954) 639-7198
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19-cv-62263-RKA

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

DULUX AUTO SALES, INC., a Florida Profit Corporation, and 2401 PEMBROKE ROAD, LLC, a Florida Limited Liability Company,

    Defendant(s).
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this September 24, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Ronald Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone:   (954) 639-7016
Facsimile:   (954) 639-7198
Attorney for Plaintiff

**SERVICE LIST:**

HOWARD MICHAEL CAPLAN, Plaintiff, vs. DULUX AUTO SALES, INC., a Florida Profit Corporation, and 2401 PEMBROKE ROAD, LLC, a Florida Limited Liability Company

United States District Court Southern District Of Florida

CASE NO. 0:19-cv-62263-RKA

**DULUX AUTO SALES, INC.**

**REGISTERED AGENT:**

DULUX SENATUS

2620 FOREST DRIVE
MIRAMAR, FL 33025

**VIA U.S. MAIL**

**2401 PEMBROKE ROAD, LLC**

**REGISTERED AGENT:**

SIAMA, SHLOMO

500 BAYVIEW DR., SUITE 430
SUNNY ISLES, FL 33160

**VIA U.S. MAIL**